# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANTOINE TAVARES SMITH | ) | Case No: 3:03CR110-01 |
| | ) | USM No: 17865-058 |
| Date of Previous Judgment: June 16, 2004 | ) | Stanford Clontz |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED. ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 34    Amended Offense Level: 34
Criminal History Category: VI    Criminal History Category: VI
Previous Guideline Range: Life to Life months    Amended Guideline Range: Life to Life months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❑ The reduced sentence is within the amended guideline range.
❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   The application of Amendment 706 results in no change to the Base or Total Offense Levels or the advisory guideline range since the defendant is a "career offender" under USSG §4B1.1. Furthermore, no reduction is authorized because Defendant's original sentence was "based on" a departure from the mandatory minimum sentence of Life and not on a sentencing range lowered by Amendment 706. See United States v. Hood, 556 F.3d 226 (4th Cir. 2009).

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   June 16, 2004   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   April 16, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge